UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jon Marshall Rhodes**            **Docket No. 5:07-CR-1-1BO**

**Petition for Action on Supervised Release**

COMES NOW Robert L. Thornton, Supervising U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Jon Marshall Rhodes, who, upon an earlier plea of guilty to Bank Robbery, in violation of 18 U.S.C. § 2113(a), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on January 8, 2008, to the custody of the Bureau of Prisons for a term of 122 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Jon Marshall Rhodes was released from custody on August 3, 2015, to the District of South Carolina, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Due to the defendant's history of substance abuse, the probation officer in South Carolina is recommending adding a condition for substance abuse testing and treatment, if necessary.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall satisfactorily participate in a substance abuse treatment program, to include drug testing, as approved by the U.S. Probation Office. The defendant shall contribute to the costs of such treatment not to exceed an amount determined reasonable by the court approved "U.S. Probation Office's Sliding Scale for Services," and shall cooperate in securing any applicable third-party payment, such as insurance or Medicaid.

Except as herein modified, the judgment shall remain in full force and effect.

           I declare under penalty of perjury that the foregoing
           is true and correct.

           /s/ Robert L. Thornton
           Robert L. Thornton
           Supervising U.S. Probation Officer
           310 Dick Street
           Fayetteville, NC 28301-5730
           Phone: 910-354-2535
           Executed On: November 25, 2015

**ORDER OF THE COURT**

Considered and ordered this 30 day of November, 2015 and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge